# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN B. RAMSEY

NO. 2025 KW 0679

**SEPTEMBER 3, 2025**

---

In Re:   John B. Ramsey, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Ascension, No. 32769.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT